App. Div.]          First Department, October, 1919.

HOWARD F. KINSEY, Appellant, v. QUALITY AMUSEMENT CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

LOUIS N. HARTOG, Appellant, v. LIBERTY DEXTRINE SUGAR MANUFACTURING CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

FANNY W. KREMER v. LIBERTY STORAGE AND WAREHOUSE COMPANY. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

C. J. RAINEAR Co. v. M. P. BERGLAS MANUFACTURING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

MILES ROSENBLUTH v. AUGUSTA SULTAN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

ROLF H. LINDEN v. COSTA CONSTANDINIDI and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

CLYDE POTTS v. CITY OF HORNELL.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JOHN PARISE v. ARTHUR GOLDSTEIN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

HELEN M. RODGERS v. MARTHA M. RODGERS and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JOHN W. McKINNON, as Agent, etc., v. THE CITY OF NEW YORK. (2 cases.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

LOUIS BERNSTEIN v. MANDEL GREENWALD and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

In the Matter of S. EDWARD GINSBURG, an Attorney.— Motion for reinstatement granted. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

In the Matter of GRANVILLE H. TRIPLETT, an Attorney.— The respondent having resigned in writing as a member of the bar of the State of New York and consented that an order be entered thereon to that effect, and such order having this day been entered, no further proceedings are necessary herein, and they are discontinued. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

In the Matter of JOHN MacGREGOR, an Attorney.— Reference ordered before Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.